# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHANIF ALLEN RODGERS | CRIMINAL ACTION<br><br>NO. 18-114 |

## ORDER

Defendant has filed a Motion for Early Termination of Supervised Release (Doc. No. 66), which he is currently serving after being released from imprisonment, all of which arises out of his guilty plea to one count of being felon in possession of a firearm. In Defendant's plea agreement, he agreed to the period of supervised release provided by the statute. The Court has reviewed the Defendant's Petition and does not find that he states any valid reason or any hardship for him having to continue under supervised release for the term imposed by the Court. Nor does Defendant make any effort to distinguish the provision in the plea agreement relied on by the Government in its response.

The Court does not see any valid reason to shorten the period of supervised release and believes it would be contrary to appropriate rehabilitation of the Defendant and helping assure that he remains law abiding.

Therefore, the Petition for Early Termination of Supervised Release (Doc. No. 66) is **DENIED**.

BY THIS COURT:

s/ Michael M. Baylson

Date: November 3, 2021

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CRIMINAL DEPUTY (Lori)\ORDERS\18cv114 Order Denying Petition.docx